### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES T. BUECHLER | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-1066 |
| OLYMPIA BOWLEYS, LLC, d/b/a LONG BEACH RESTAURANT & TAVERN | * * | |
| Defendant | * | |

* * * * * * * * * * * * *

## **ORDER**

In light of the Stipulation of Dismissal filed by the Plaintiff on October 23, 2013, 2013 (ECF No. 8), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 24th day of October, 2013.

BY THE COURT:

/s/
James K. Bredar
United States District Judge